UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICK NJOROGE,

    Plaintiff,

v.

VOCATIONAL TRAINING INSTITUTE INC.,

    Defendant.

Case No. C16-0951-RAJ

ORDER

This matter comes before the Court on Plaintiff Patrick Njoroge's Motion for Clarification of July 17, 2017 Court Order. Dkt. #18. Plaintiff's Motion to Extend Discovery was denied on July 17, 2017. Dkt. #17. Discovery in this matter closed on July 17, 2017.

For the reasons stated above, the Court **DENIES** Plaintiff's Motion for Clarification.

DATED this 22nd day of August, 2017.

The Honorable Richard A. Jones
United States District Judge

ORDER – 1